01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   RICHARD M. MARTINDALE-YOUNG,        )
                                         )   CASE NO. C10-0690-RAJ-MAT
09            Plaintiff,                  )
                                         )
10       v.                              )   ORDER GRANTING LIMITED
                                         )   EXTENSION OF TIME OF
11   MICHAEL J. ASTRUE,                   )   REMAINING BRIEFING SCHEDULE
     Commissioner of Social Security,     )
12                                       )
              Defendant.                  )
13   _____ )

14          Plaintiff filed the parties' first stipulation for extension of time (Dkt. 12), requesting a

15   60-day extension of the due date in which to file his Opening Brief.   Having considered the

16   stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the

17   briefing schedule, but declines to extend by 60-days.   Instead, the Court will continue the

18   deadlines for the 30-days as follows:

19          Plaintiff's Opening Brief:            August 27, 2010

20          Defendant's Responsive Brief:        September 24, 2010

21          Plaintiff's optional Reply Brief:     October 8, 2010

22   / / /

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01          Plaintiff is directed to advise the Court no later than the due date for the Opening Brief

02   as to whether the administrative record has been supplemented.

03          DATED this <u>28th</u> day of July, 2010.

04

05                                                          _____
                                                            Mary Alice Theiler
06                                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2