UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD M. MARTINDALE-YOUNG,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>  Defendant. | Civil No. C10-0690-RAJ-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and because Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before October 29, 2010; and

- Plaintiff shall file the optional Reply Brief on or before November 12, 2010.

/ / /

/ / /

Page 1     ORDER - [2:10-cv-690-RAJ-MAT]

**This is the second stipulated motion for extension of the briefing schedule.  No additional extensions will be granted absent extraordinary circumstances.**

DATED this 28th day of September, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

/s/ WILLY M. LE
WILLY M. LE
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2680
FAX: (206) 615-2531
willy.le@ssa.gov